UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $51,498.00 IN U.S. CURRENCY, and<br><br>MISCELLANEOUS FIREARMS AND AMMUNITION,<br><br>    Defendants. | No. 2:16-MC-00120-TLN-AC<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS CHADD,<br><br>    Defendant. | No. 2:16-CR-00037-GEB |

On June 27, 2016, the United States of America filed a "Notice of Related Cases" in which it states: "the civil forfeiture action and the criminal action arise from the same law enforcement investigation and, therefore, involve substantially the same events, transactions, and parties." (ECF No. 33.)

Examination of the above-entitled cases reveals they are related within the meaning of Local Rule 123. Under the regular practice of this court, a later filed related case is

1

1  generally assigned to the judge to whom the first filed case is
2  assigned. Therefore, action 2:16-MC-00120-TLN-AC is reassigned to
3  the undersigned district judge. Henceforth the caption for future
4  filings on the reassigned case shall show the initials "GEB-AC".
5           The Clerk of the Court shall make appropriate
6  adjustment in the assignment of cases as a result of this
7  reassignment.
8  Dated:  July 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge